# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| YONG HA CHUNG, | |
| Plaintiff, | 2:15-cv-00920-GMN-VCF |
| vs. | **ORDER** |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

Before the court is Plaintiff's Emergency Motion to Compel Production of Documents, Request for Discovery Extension, and For Sanctions (#24).

Under Local Rule 7-5(d)(3), the emergency motion must contain a statement with "a detailed description of the emergency, so that the Court can evaluate whether consultation truly was precluded. It shall be within the sole discretion of the Court to determine whether any such matter is, in fact, an emergency." The court has reviewed Plaintiff's emergency motion and determines that this motion can be briefed in the ordinary course.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Compel Production of Documents, Request for Discovery Extension, and For Sanctions (#24) will be briefed in the ordinary course pursuant to LR 7-2.

DATED this 11th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE