# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| YONG HA CHUNG,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>                    Defendant. | 2:15-cv-00920-GMN-VCF<br>**ORDER** |

Before the court is Plaintiff's Emergency Motion to Compel Production of Documents (#26).  This amended motion is identical to Plaintiff's Emergency Motion to Compel Production of Documents, Request for Discovery Extension, and For Sanctions (#24); thus, the Court's Order on #24 applies to the amended Motion to Compel Production of Documents (#26).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Compel Production of Documents (#26) will be briefed in the ordinary course pursuant to LR 7-2.

DATED this 11th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE