# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YONG HA CHUNG, | |
| Plaintiff, | 2:15-cv-00920-GMN-VCF |
| vs. | **ORDER** |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

Before the court is the Emergency Motion to Compel Production of Documents (#26).

IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Compel Production of Documents (#26) is scheduled for 3:00 p.m., April 14, 2016, in courtroom 3D.

DATED this 17th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE