# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YONG HA CHUNG,<br><br>            Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>            Defendant. | 2:15-cv-00920-GMN-VCF<br>**ORDER** |

Plaintiff seeks to withdraw the Emergency Motion to Compel Production of Documents, Request for Discovery Extension and for Sanctions (#26) in the Stipulation and Order for Withdrawal of Plaintiff's Motion to Compel and for Extension of Discovery Scheduling Order (#30).

Accordingly,

IT IS HEREBY ORDERED that the request to withdraw in the Stipulation and Order for Withdrawal of the Emergency Motion to Compel Production of Documents, Request for Discovery Extension and for Sanctions (#26) (#30) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the motion to compel (#26) scheduled for 3:00 p.m., April 14, 2016 is VACATED.

DATED this 4th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE