1 ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
2 DAVID M .GOULD, ESQ.
Nevada Bar No. 11143
3 KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
4 Las Vegas, NV 89101
Phone: (702) 853-5500
5 Fax: (702) 853-5599
Attorneys for Defendant,
6 SAFECO INSURANCE COMPANY OF
ILLINOIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| YONG HA CHUNG, | ) CASE NO.: 2:15-cv-00920-GMN-VCF |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
|  | ) **DISMISS PLAINTIFF'S COMPLAINT** |
| SAFECO INSURANCE COMPANY OF | ) **WITH PREJUDICE** |
| ILLINOIS, DOES I-XX, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS [hereinafter "Safeco"], by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, YONG HA CHUNG, by and through his attorney, Thomas J. Murphrey, Esq., that Plaintiff hereby

///
///
///
///
///
///
///

dismisses his Complaint against Defendant, Safeco Insurance Company of Illinois, with prejudice, each party to bear its own fees and costs.

DATED this 15th day of April, 2016.    DATED this 14 day of April, 2016.

KOELLER NEBEKER CARLSON    LAW OFFICES OF THOMAS J.
& HALUCK, LLP    MURPHREY, ESQ.

By: _____    By: _____
ANDREW C. GREEN, ESQ.    THOMAS J. MURPHREY, ESQ.
Nevada Bar No. 9399    Nevada Bar No. 4124
DAVID M. GOULD, ESQ.    8921 West Sahara Avenue, Suite A
Nevada Bar No. 11143    Las Vegas, NV 89117
300 South Fourth Street, Suite 500    Attorneys for Plaintiff,
Las Vegas, NV 89101    YONG HA CHUNG
Attorneys for Defendant,
SAFECO INSURANCE
COMPANY OF ILLINOIS

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Yong Ha Chung's Complaint against Defendant, Safeco Insurance Company of Illinois, is dismissed with prejudice, each party to bear its own costs and fees.

_____
U.S. DISTRICT COURT JUDGE
DATED: April 20, 2016

Respectfully Submitted by,

KOELLER, NEBEKER CARLSON
& HALUCK, LLP

By: _____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
DAVID M. GOULD, ESQ.
Nevada Bar No. 11143
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
SAFECO INSURANCE
COMPANY OF ILLINOIS